IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LENNIE JACKSON, as DERIVATIVE OF BL ENTERPRISES, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-2135 |
| NEW CENTURY MORTGAGE CORP., and MORTGAGE ELECTRONIC, | § § § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM, RECOMMENDATION AND ORDER**

The Court has conducted a de novo review of the Magistrate Judge's Memorandum, Recommendation and Order and the objections filed thereto. The court concludes that the Memorandum, Recommendation and Order should be adopted.

It is therefore **ORDERED** that Plaintiff BL Enterprises hire counsel within two weeks from today's date or this action will be dismissed for the reason explained in the Memorandum, Recommendation and Order.

The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 30th day of July, 2019.

---
SIM LAKE
UNITED STATES DISTRICT JUDGE